UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Marie Luise Miller</u>

                                        Case No. 08-cv-152-SM

    v.

<u>Strafford County Department
of Corrections</u>

O R D E R

This case has been stayed since August 20, 2008, while the petitioner returns to state court to exhaust his state court remedies.  This case will be administratively closed while the stay is in effect.  The petitioner is reminded to file status reports every 90 days to notify this court of his progress in the state courts.  The Court should, of course, immediately be notified upon ultimate resolution of the issues.

    SO  ORDERED.

September 23, 2008                    _____
                                          Steven J. McAuliffe
                                          Chief District Judge

cc:  William Dexter Miller, pro se
      Marie Luise Miller, pro se