UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Marie Luise Miller</u>

        v.                              Case No. 08-cv-152-SM

<u>Strafford County Department
of Corrections, Superintendent</u>

<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated December 2, 2009, no objection having been filed, for the reasons set forth therein.   Petitioner's petition is hereby dismissed for inclusion of unexhausted claims.

SO ORDERED.

December 23, 2009

_____
Steven J. McAuliffe
Chief Judge

cc:   Marie Luise Miller, pro se